914

No. 324, Misc. BROCK v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari granted. *Robert S. Cahoon* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 510. WARFEL v. UNITED STATES. Court of Claims. Certiorari denied. *Martin Gendel* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 575. SCHNEIDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jacob W. Friedman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 584. LYNCH v. GRUBER ET UX. Supreme Court of Washington. Certiorari denied. *Walter F. Dodd* and *Frank S. Ketcham* for petitioner.

No. 585. MAYRATH v. HUTCHINSON MANUFACTURING Co. C. A. 10th Cir. Certiorari denied. *Thomas E. Scofield* for petitioner. *Theodore S. Kenyon* and *Wesley E. Brown* for respondent.

No. 587. INGERSOLL-RAND COMPANY ET AL. v. BLACK & DECKER MANUFACTURING Co. C. A. 4th Cir. Certiorari denied. *Frank B. Ober, Stephen H. Philbin* and

*C. Blake Townsend* for petitioners. *Thomas W. Y. Clark* and *Albert R. Golrick* for respondent.

No. 592. FAIRBANKS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Joseph D. Taylor* for petitioner. *Solicitor General Perlman* and *Acting Assistant Attorney General Slack* for respondent.

No. 603. MACFARLANE *v.* PACIFIC MUTUAL LIFE INSURANCE Co. C. A. 7th Cir. Certiorari denied. *Claude D. Stout* for petitioner. *Leon B. Lamfrom* and *A. J. Engelhard* for respondent.

No. 608. BURKS *v.* COLONIAL LIFE & ACCIDENT INSURANCE Co. C. A. 5th Cir. Certiorari denied. *J. J. Flynt, Jr.* and *Wallace Miller, Jr.* for petitioner. *S. Augustus Black* for respondent.

No. 615. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. *v.* WHITE. Supreme Court of Missouri. Certiorari denied. *R. S. Outlaw* and *Walter R. Mayne* for petitioner. *William H. DeParcq* for respondent.

No. 328, Misc. STORY *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 348, Misc. VILES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 371, Misc. CHESSMAN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Peti-